EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br> Harry Arroyo Rosado | 2015 TSPR 124 <br><br> 193 DPR ____ |

Número del Caso: TS-4713


Fecha: 17 de septiembre de 2015


Abogado del peticionario:

        Por derecho Propio


Materia: Reinstalación al Ejercicio de la Abogacía


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

TS-4713

Harry Arroyo Rosado

RESOLUCIÓN

En San Juan, Puerto Rico, a 17 de septiembre de 2015.

Examinada la *Moción Solicitando Readmisión para Ejercer la Profesión de la Abogacía en Puerto Rico* presentada por el Sr. Harry Arroyo Rosado, se declara con lugar. Se autoriza la reinstalación del señor Arroyo Rosado al ejercicio de la abogacía.

En cuanto a la *Moción Informativa* presentada por la Lcda. Geisa M. Marrero Martínez, Directora del Programa de Educación Jurídica Continua, enterado.

Notifíquese inmediatamente por teléfono y vía fax.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado señor Feliberti Cintrón no intervino.

María I. Colón Falcón
Secretaria del Tribunal Supremo, Interina